**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:        In re Ronald Glenn Hightower

Appellate case number:      01-14-00473-CV

Date motion filed:          September 18, 2014

Party filing motion:        Relator


It is ordered that the motion for rehearing is **denied**.


Judge's signature: /s/ <u>Laura C. Higley</u>
                        Acting for the Court

Panel consists of:  Justices Higley, Bland, and Sharp


Date:  December 16, 2014